1 | DAVID R. ENDRES, APC (CA Bar No. 123564)
2 | LAURIE HOWELL (CA Bar No. 098785)
    THE ENDRES LAW FIRM                                JS - 6
    A PROFESSIONAL CORPORATION
3 | 2121   2ND STREET, SUITE C105
    DAVIS, CA 95618
4 | TELEPHONE: 530-750-3700
    FACSIMILE: 530-750-3366
5 | laurie.howell@dre-apc.com

6 | Attorneys for Plaintiff/Movant
    DEUTSCHE BANK
7 | NATIONAL TRUST COMPANY

8 |                  **UNITED STATES DISTRICT COURT**

9 |                   **CENTRAL DISTRICT OF CALIFORNIA**

10 |                          **WESTERN DIVISION**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | Case No. 2:10-cv-04128-GW-E |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |
| v. | |
| WALTER ROCHA, NIVIA ROCHA, and DOES 1-5, inclusive, | Date:7/29/10<br>Time:8:30 a.m.<br>Ctrm:10 |
| Defendants. | Judge: Wu |

Plaintiff Deutsche bank National Trust Company, As Trustee brings a Motion to Remand complaint removed by defendants Walter Rocha and Nivia Rocha.

Defendants, in pro per, are not present. The tentative circulated is hereby adopted as the Court's final ruling (attached hereto as Exhibit "A"). Plaintiff's Motion to Remand is granted.

Counsel for Plaintiff to file a proposed order to the Motion by close of business on August 2, 2010.

So Ordered this 4th day of August, 2010.

_____
The Honorable George H. Wu,
Presiding Judge, Federal Court

---

**1**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**